Case: 1:26-mj-00209
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 11/12/2026
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

On October 24, 2026, officers of the Metropolitan Police Department ("MPD") responded to 1765 New York Avenue Northeast, a Shell gas station, for a robbery. On scene the store clerk ("Witness-1") stated that Suspect-1 lit a candy rack on fire that was near the store entrance door. When Witness-1 came from behind the counter, Suspect-1 pushed him out of the way and went directly to the store register. Suspect-1 then grabbed cash from the store registers and fled the location. The offense was classified as an unarmed robbery of an establishment, and Detective Osman of the MPD's 5th District Detectives office responded to the scene to assist with the investigation.

Upon arrival, Detective Osman conducted a walkthrough of the crime scene and noticed that the store smelled of smoke, the lottery cash register behind the fully enclosed clerk's area was open and empty, and a cabinet below the register was open.

Detective Osman then interviewed Witness-1 about the particulars of the offense. Witness-1 stated that while assisting a customer at the counter, the customer informed him that a candy rack was on fire and burning near the east entrance door. Witness-1 came from around the counter and began trying to put the fire out. Suspect-1 then entered the store from the west entrance door, pushed Witness-1 out of his way, and went behind the counter toward the registers. Suspect-1 then opened the lottery register and grabbed all the money inside. Suspect-1 also grabbed the sorted money that was on top of the cabinet below the register. Suspect-1 attempted to open the other registers, but they were locked. Suspect-1 then left the store using the west entrance door and fled westbound in the 1600 block of New York Avenue Northeast, Washington, D.C. Witness-1 was so focused on Suspect-1 that he could not state when the customer inside of the store left the location.

On October 28, 2026, your affiant, along with Detective Babich, responded to the Shell gas station to retrieve video footage of the offense. Due to administrative locks on the DVR, detectives were unable to extract the raw footage. Detective Babich was forced to utilize a screen recording device by hooking directly into the DVR and reviewing the video footage. The following was observed from three camera angles from October 24, 2026, which includes one angle capturing the area open to the public inside the store, one angle focusing on the clerk area of the store, and an angle of the exterior of the store.

### ***Interior public access camera (Camera 2)***

At approximately 12:51 a.m., a black female wearing a black North Face coat, black leggings, Chuck Taylor style sneakers, and a light-colored head garment ("Suspect-2"), enters the store, gets items inside, and makes a purchase. Suspect-2 then remains in the store and brings items to the cash register on several occasions.

At approximately 1:05 a.m., the entrance door opens and Suspect-1 reaches through the door and appears to light a rack of food items on fire with a piece of white paper or tissue and a lighter.




***Figure 1: Suspect-2 (redacted) at store counter while Suspect-1 (circled in red) lights food rack on fire***

At this point, Suspect-2 is standing at the cash register speaking to the clerk. Suspect-1 then exits the location and the door closes. Suspect-2 then appears to point towards the small fire, which prompts the clerk to exit the employee area and walk towards the fire. Suspect-1 then enters through the other door of the store, Suspect-2 quickly exits the location, and Suspect-1 then walks toward the clerk and pushes him toward the small fire before entering the employee location behind the counter.




***Figure 2: Suspect-2 (redacted) looking at the fire (circled in red)***




***Figure 3: Store clerk tending to the fire as Suspect-1 (circled in red) walks inside***




***Figure 4: Suspect-1 pushing store clerk towards the fire and away from the employee area***

The clerk then tries to extinguish the fire while also monitoring Suspect-1 who is in the employee area.




***Figure 5: Store clerk watching Suspect-1 while tending to the fire***




*Figure 6: Store clerk attempting to extinguish the fire*




*Figure 7: Store clerk attempting to extinguish the fire*

While the store clerk is distracted by the fire, Suspect-1 is observed in the employee area walking directly to the counter below the lottery machine. Suspect-1 then removes a wad of what appears to be United States currency. Suspect-1 then opens a register till and takes three stacks of what appears to be additional United States currency. Suspect-1 then manipulates items on the counter, leaves the employee area of the store, and exits the location at approximately 1:07 a.m.




*Figure 8: Suspect-1 taking what appears to be United States currency from a store cabinet*




*Figure 9: Suspect-1 taking what appears to be United States currency from the store's register*






***Figures 10 and 11: Suspect-1 inside of offense location***

***<u>Exterior camera angle facing toward New York Avenue (Camera 9)</u>***

On October 24, 2026, at approximately 12:48 a.m., two individuals—later determined to be Suspect-1 and Suspect-2—are observed walking east along New York Avenue. Both individuals are wearing black clothing, and as the footage continues, Suspect-1 and Suspect-2 stand near a large gray box that is consistent with an electricity transformer (as depicted below):




***Figure 14: Suspect-1 and Suspect-2 (circled in red) standing outside the offense location***

At approximately 12:51 a.m., Suspect-2 walks away from the transformer box and travels through the gas station pump area. As she approaches the gas station's store, Suspect-2's clothing becomes more clear, and one can see her white head covering and Chuck Taylor style sneakers.




***Figure 15: Suspect-2 (redacted) approaching the gas station's store while Suspect-1 waits behind***

At approximately 12:52 a.m., Suspect-1 walks away from the transformer box and towards the store, out of view. At approximately 12:54 a.m., Suspect-1 then appears back in camera view and walks towards New York Avenue. At approximately 12:58 a.m., Suspect-1 emerges back into camera view and again stands behind the transformer box. At approximately 1:04 a.m., Suspect-1 then walks towards the gas station holding a white item in Suspect-1's hand, and then Suspect-1 walks out of camera view.




***Figure 16: Suspect-1 (circled in red) approaching the gas station's store with a white item in his hand***

At approximately 1:06 a.m., Suspect-2 is observed walking towards New York avenue. Moments later, Suspect-1 walks away from the store and is last observed following the same female.

After obtaining video footage from the offense and observing Suspect-1 and Suspect-2 approaching the Shell gas station together on foot and fleeing one after the other in the same direction on foot, your affiant conducted a canvass for further video footage before and after the offense.

Specifically, your affiant obtained video footage from Peacock Liquors, which is one block west of the Shell gas station. Peacock Liquors has several exterior camera angles. The video cameras are motion activated and some of the angles are in color while others are in black and white. Below is a summary of the relevant video footage.

At 12:43 a.m. a light-colored Toyota Corolla (the "Suspect Vehicle") is observed entering Peacock Liquor's parking lot. The Suspect Vehicle makes a 3 point turn in the parking lot and then

backs into the rear of the area. Notably, the front drivers side quarter panel of the Suspect Vehicle appears to be damaged.




***Figure 17: Suspect Vehicle with damage to front drivers side quarter panel (as indicated by the yellow arrow)***




***Figure 18: Suspect Vehicle with damage to front drivers side quarter panel (as indicated by the yellow arrow)***

Both the driver and the front passenger exit the Suspect Vehicle. The passenger appears to be a female with a light-colored hair covering on her head. The video then cuts out. At approximately 12:47 a.m., the video re-starts and the two individuals are observed walking from

the direction of the Suspect Vehicle. The female who exited the front passenger seat of the Suspect Vehicle appears to be Suspect-2, in that she appears to be wearing a light-colored head covering with Chuck Taylor style sneakers. The other individual appears to be Suspect-1 from the offense, in that the person is wearing all dark clothing with a ski mask (as depicted below):




***Figure 19: Suspect-1 (circled in red) and Suspect-2 departing from the Suspect Vehicle***



***Figures 20 and 21: close-up view of Suspect-2 (redacted) (left) and Suspect-1 (right) walking together as captured on Peacock Liquor's surveillance***



***Figures 22 and 23: Additional close-up view of Suspect-2 (redacted) (left) and Suspect-1 (right) captured on Peacock Liquor's surveillance at approximately 12:47 a.m.***

At approximately 1:07 a.m., an individual in all dark clothing and a white head covering—consistent with Suspect-2—is observed walking toward Peacock Liquors from the direction of the Shell gas station. A second individual is then observed running behind the first individual in all dark colored clothing. Both individuals are then observed traveling through the parking lot. The first individual's shoes—which appear to be Chuck Taylor style sneakers—can be seen, and the second individual is observed running.




***Figure 24: Individual (redacted) captured on Peacock Liquor's surveillance walking from the Shell Gas station wearing a white head covering and Chuck Taylor style sneakers***



***Figure 25: Individual captured on Peacock Liquor's surveillance running away from the Shell gas station behind the individual wearing a white head covering and Chuck Taylor style sneakers***

At 1:07 a.m. both individuals approach the Suspect Vehicle. The individual wearing the white head covering enters the passenger seat, and the individual in all dark clothing enters the drivers seat. See the image below, which is just prior to both individuals entering the Suspect Vehicle.



*Figure 26: Suspect-1 and Suspect-2 enter the Suspect Vehicle*

At 1:08 a.m., the Suspect Vehicle travels out of the parking lot. As the Suspect Vehicle passes by the camera, significant damage is observed on the rear passenger side door.




*Figure 27: Damage to rear passenger side door of Suspect Vehicle*

After obtaining the video footage, your affiant spoke with the Shell gas station store manager. The store manager noted that Suspect-2 who was in the establishment during the robbery utilized an EBT credit card to make her purchases. Your affiant was provided a receipt

of those purchases, which indicated that Suspect-2 used a card ending in xx0161. The manager provided further information that on October 23, 2026, the same EBT card was utilized at the store around 9:41 p.m. Your affiant obtained video surveillance from the Shell gas station from October 23, 2026, to further investigate the transaction. Based on your affiant's review of that footage, the following was observed:

At 9:30 p.m., a light blue Toyota Corolla with D.C. tags pulls into the Shell gas station and parks in front of pump 8. The front left portion of the vehicle appears to be damaged, which is consistent with Suspect Vehicle identified in Figures 17 and 18 above.



***Figure 28: Toyota Corolla—with front end damage—parked at the Shell gas station on October 23, 2026***

A heavy-set black male who is wearing all black clothing, a black hat, and who has a white beard, walks toward the Shell gas station store. There appears to be movement in the front seat of the Suspect Vehicle that is consistent with a front passenger, however no one exits the vehicle. The male driver is depicted below:



***Figure 29: male driver of the Toyota Corolla on October 23, 2026***

As the male is walking into the store, he looks up to the ceiling of the gas station as if he is checking for cameras. At approximately 9:38 p.m. the male then walks back toward the Toyota Corolla and places the gas pump into the car. The male then walks back away from the vehicle toward the store, but he doesn't enter the establishment. The male then removes the gas pump after approximately two minutes and reaches his hand through the front driver's window toward the passenger seat. Again, movement from the passenger seat is observed through the front windshield, which does not appear to be tinted.

At approximately 9:42 p.m., the male then walks into the store again. At approximately 9:46 p.m., the male exits the store, walks towards the Toyota Corolla, and then walks towards a large grey electricity transformer box. This appears to be the same transformer box that Suspect-1 emerged from on the night of the offense.

For the next approximately thirty minutes, the male reenters the vehicle several times, walks toward the gas station store, and walks out of camera view. He finally drives away from the location at approximately 10:28 p.m.

Your affiant notes that the male's behavior is suspicious in nature. The Toyota Corolla was parked at the gas station for almost one hour and the male only pumped gas for approximately two minutes. The male also made minimal purchases inside of the gas station store. Based on your affiant's training and experience, the male's behavior is consistent with someone who is studying a location to plan or prepare for an eventual offense.

Your affiant obtained interior video footage from the Shell gas station store on October 23, 2026, to provide a clearer image of the male (depicted below):



***Figure 30: male observed in the Shell gas station store on October 23, 2026***

Your affiant noticed several similarities between the Suspect Vehicle observed on the Peacock Liquors video footage and the Toyota Corolla observed at the Shell gas station on October 23, 2026. Specifically, both vehicles are light colored, newer model, Toyota Corollas. Each vehicle also appears to have front end damage to the drivers side quarter panel and a large dent to the rear passenger side door.

MPD Detective Babich queried law enforcement reports for stolen or missing Toyota Corollas. Detective Babich located an “attempt to locate” report (CCN # 26-133119) from September 17, 2026, whereby the registered owner stated that she let an individual use her vehicle, and that this individual refused to return the car. The subject vehicle was a 2025 light blue [redacted] [redacted] (“VEHICLE-1”). The named individual she allowed to utilize her vehicle was BOOKARD with a date of birth of December 12, 1981, and a residential address of 420 Newcomb Street Southeast Washington, D.C.

Your affiant was able to query license plate reader (“LPR”) systems for VEHICLE-1, which produced several reads. Specifically, two reads from the date of the offense are consistent with the Suspect Vehicle (as depicted below):



***Figure 31: October 24, 2026, LPR image of VEHICLE-1 with a large dent in the rear door***




***Figure 32: Suspect Vehicle (with similar damage) captured on Peacock Liquors' surveillance camera from the night of the offense***



*Figure 33: October 24, 2026, LPR image of VEHICLE-1 with damage to front drivers side quarter panel*




*Figure 34: Suspect Vehicle (with similar damage) captured on Peacock Liquors' surveillance camera from the night of the offense*

[redacted]

*Figure 35: VEHICLE-1 captured on the Shell gas station's surveillance camera from October 23, 2026*

After your affiant reviewed the LPR reads for VEHICLE-1, your affiant noticed a large sticker on the vehicle's rear glass window. Your affiant then further reviewed the Peacock Liquors video surveillance just before the offense and the Shell gas station video surveillance from October 23, 2026. In both videos, your affiant was able to observe the large sticker affixed to the rear of the vehicle (as depicted below):

[redacted]



***Figures 36, 37, and 38: LPR reads depicting VEHICLE-1 with a sticker on its rear windshield (top left image); Suspect Vehicle from the night of the offense (top right image) with what appears to be the same sticker; and Toyota Corolla parked at the Shell gas station on October 23, 2026 (bottom middle image) with what appears to be the same sticker***

Your affiant then compared the body type and clothing worn by Suspect-1 of the offense and the individual inside of the Shell gas station on October 23, 2026. Your affiant noticed that both individuals: (i) have a stocky build; (ii) have a protruding stomach; and (iii) are wearing a black T-shirt with a white logo on the left shirt sleeve. See below images for comparison:



***Figures 39 and 40: Male customer from October 23, 2026 (left image) and Suspect-1 of the October 24, 2026, offense (right image)***

Your affiant then conducted queries into BOOKARD, i.e., the individual named in the "attempt to locate" report (CCN # 26-133119) who allegedly refused to return VEHICLE-1 to the registered owner. Your affiant located a booking image of BOOKARD and noticed that he strongly resembles the individual observed inside of the Shell gas station on October 23, 2026.

 

***Figures 41 and 42: Male customer from October 23, 2026 (left image) and BOOKARD's booking photo (right image)***

After identifying the Suspect Vehicle used during the offense, your affiant put in a BOLO for VEHICLE-1 to seize the vehicle for evidence. On November 2, 2026, your affiant and MPD Detective O'Donnell canvassed for VEHICLE-1 in areas that BOOKARD is known to frequent. On November 2, 2026, your affiant and Detective O'Donnell located VEHICLE-1 parked in front of 423 Newcomb Street Southeast Washington, D.C., directly across from [redacted], a home address listed in police reports for BOOKARD. VEHICLE-1 was seized as evidence and towed to the MPD's 5th District Police Station pending application of a search warrant.[1]

Your affiant reviewed body worn camera ("BWC") footage associated with the "attempt to locate" report (CCN # 26-133119). The BWC footage showed that law enforcement asked the reporting party specific questions about BOOKARD, to include whether the reporting party knew BOOKARD's phone number. The reporting party initially provided the phone number [redacted]. The reporting party also noted that BOOKARD resides at [redacted]

[1] On November 5, 2026, VEHICLE-1 was transported to the FBI's custody.

Your affiant also queried past reports involving BOOKARD. Your affiant located a vehicle accident report from July 2, 2026, in which BOOKARD was involved in a vehicular accident (CCN # 26-091-666). The reporting officer obtained biographical information from BOOKARD and asked for a phone number. BOOKARD then provided the phone number (202) 807-7742.

Finally, the Shell gas station involved in the offense dealt (at least in part) in goods manufactured, packaged, or shipped from outside of the District of Columbia.

As such, your affiant submits that probable cause exists to charge NATHANIEL BOOKARD with violations of 18 U.S.C. § 1951(a) (**Interference with Interstate Commerce by Robbery**) and D.C. Code § 22-2801 (**Robbery**).

Joseph Rimel,
Detective
Metropolitan Police
Department

Respectfully submitted and attested to in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 by telephone on November 13, 2026.

The Honorable Moxila A. Upadhyaya
United States Magistrate Judge